UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                       Case No. 21-16573-LMI
CHRISTOPHER NIMETH                                         Chapter 13

_____Debtor_____/

### DEBTOR CERTIFICATE OF COMPLIANCE AND REQUEST
### FOR CONFIRMATION OF CHAPTER 13 PLAN

The debtor in the above captioned matter certifies as follows:

1. Payment of all postpetition domestic support obligations (check which paragraph applies).

__x__    A. Since the filing of this bankruptcy, the debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A); or

_____    B. The debtor has paid, either directly or to the chapter 13 trustee under the last filed plan, all amounts that are required to be paid under a domestic support obligation and that first became payable after the date of the filing of the petition if the debtor is required by a judicial or administrative order, or by statute, to pay such domestic support obligation.

2. The debtor has filed all federal, state and local tax returns required by law to be filed under 11 U.S.C. §1308 for all taxable periods ending during the four year period ending on the date of the filing of the petition commencing this bankruptcy case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

_____
Christopher Nimeth (Aug 13, 2021 10:35 EDT)
Debtor's Signature

Dated: Aug 13, 2021

_____
Joint Debtor's Signature (if applicable)

LF-67 (11/21/05)