UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

CHRISTOPHER NIMETH ,          CASE NO.: 21-16573-LMI
                                                            CHAPTER 13

    Debtor(s).

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
*Subject Property: 8431 SW 27th Lane, Miami, Florida 33155*

**PLEASE TAKE NOTICE** that the undersigned counsel is appearing on behalf of 722 Leveling Up, LLC in the above-captioned case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of the Bankruptcy Code, and the Local Rules of this Bankruptcy Court.

It is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

DIAZ ANSELMO & ASSOCIATES, P.A.
PO BOX 19519
FORT LAUDERDALE, FL 33318

                                        Diaz Anselmo & Associates, P.A.
                                        **Attorneys for Creditor (SHD No. 3001-3180717)**
                                        PO BOX 19519
                                        Fort Lauderdale, FL 33318
                                        Phone: (954) 564-0071
                                        Fax:  (954) 564-9252

                                        By:  /s/ Ida A. Moghimi-Kian
                                             Ida A. Moghimi-Kian
                                             Florida Bar No.56395
                                             IMoghimi-Kian@dallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, October 8, 2021, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

CHRISTOPHER NIMETH
8431 SW 27 LANE
MIAMI, FL 33155
*Debtor(s)*

JOSE P FUNCIA
9555 N KENDALL DR. #211
MIAMI, FL 33176
*Attorney for Debtor(s)*

NANCY K.NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 3001-3180717)**
    PO BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252

    By:  /s/ Ida A. Moghimi-Kian
        Ida A. Moghimi-Kian
        Florida Bar No.56395
        IMoghimi-Kian@dallegal.com