UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 21-16573 LMI
                                                    Chapter 13
CHRISTOPHER NIMETH


_____Debtor(s)_____/

**DEBTOR'S NOTICE OF SELECTION OF MORTGAGE MODIFICATION MEDIATOR**

Pursuant to the Mortgage Modification Mediation (MMM) procedures adopted under Administrative Order 14-03, this Notice is filed by the Debtor to notify the court on the status of the selection of mediator in the above referenced case.

☒   1.   The parties agree to and select the following Mediator:

**Betsy Yegelwel**
Name of Mediator
**2150 SW 13 Ave**
COMPANY
**Miami, FL 33145**
City, State, Zip Code
**305-323-3080**
Telephone
email: **betsy@byeglaw.com**

☐   2.   The Lender, _____, failed to contact the Debtor within the time prescribed in the order of referral, and has therefore waived the right to participate in the mediator selection process. The Debtor has selected the following Mediator:

_____
Name of Mediator
_____
COMPANY
_____
City, State, Zip Code
_____
Telephone
email:_____

MMM-LF-11  (08/01/14)

☐ 3. The parties have conferred but are unable to agree upon the selection of a mediator, and Debtor requests that the clerk select a mediator from the clerk's Mediation Register.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Selection of Mortgage Modification Mediator was served by U.S. first class mail upon the parties listed below on October 15, 2021.

/s/_____
Jose P. Funcia, Esq  ☐ Self-Represented Debtor
**9555 N. Kendall Drive Suite 211, Miami, FL 33177**
Address
**305-274-2922**
Phone Number
**305-722-3656**
Fax Number
**0698210**
FBN
**millerandfunciapa@gmail.com**
email


Copies to:

Christopher Nimeth, 8431 SW 27 Lane, Miami FL 33155

722 Leveling Up LLC c/o Diaz Anselmo, & Associates, PA POB 19519 Fort Lauderdale, FL 33318

Betsy Yegelwel, Mediator betsy@byeglaw.com

MMM-LF-11  (08/01/14)