**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No. 21-16573-BKC-LMI
                                                                       Chapter 13
CHRISTOPHER NIMETH

_____Debtor_____/

**DEBTOR'S OBJECTION TO CLAIM NO.: 3 ON SHORTENED NOTICE**
**FILED BY LVNV FUNDING, LLC AND CERTIFICATE OF SERVICE OF COURT GENERATED**
**NOTICE OF HEARING**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO*
*YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No: | Name of Claimant | Amount of Claim |
|---|---|---|
| 3 | LVNV Funding, LLC | $4,019.16 |

*Basis for Objection*:
1. On 27/13/2021 Claimant filed POC 3.
2. Pursuant to Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the Florida Consumer Collection Practices Act ("Florida Act"), Florida Statute §559.55 *et seq.,* claimant is attempting to collect a time barred debt. Under Florida Statute 95.11 (3)(k), the Statute of Limitations period for contracts based on an open account is four (4) years on an open account.
3. It has been more than four (4) years prior to the filing of the Chapter 13 petition that the Debtor has made any payments to claimant pursuant to the proof of claim. The last payment as per the proof of claim is 3/6/1997.
4. The Debtor demands strict proof of any payments allegedly received by creditor during that period of time.

*Recommended Disposition*:
1. The debtor respectfully requests that this Honorable Court enter an Order striking and disallowing the claim.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: 10/20/2021

/s/
MILLER & FUNCIA, P.A.
9555 N. Kendall Drive Suite 211
Miami, FL 33176
Telephone 305-274-2922
millerfunciapa@bellsouth.net
Jose P. Funcia, Esq. – FBN 698210

CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that true copies of DEBTOR'S OBJECTION TO CLAIM NO.: 3 ON SHORTENED NOTICE FILED BY LVNV FUNDING, LLC and COURT GENERATED NOTICE OF HEARING was served on October 20, 2021 as follows:

*Electronically*

*Jose P Funcia on behalf of Debtor Christopher Nimeth*
*millerfunciaecf2@gmail.com, millerandfunciapa@ecf.inforuptcy.com*

*Ida Moghimi Kian on behalf of Creditor 722 Leveling Up, LLC*
*southerndistrict@shdlegalgroup.com*

*Nancy K. Neidich*
*e2c8f01@ch13miami.com, ecf2@ch13miami.com*

*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*

*Via First Class Mail*

Resurgent Capital Services
P. O. Box 10587
Greenville, SC 29603-0587

*Via Certified Mail*

LVNV Funding, LLC
C/O Corporation Service Company, Registered Agent
1201 Hayes Street
Tallahassee, FL 32301
Certified No.: 7019 290 0001 1551 5094

Law Offices of
Miller & Funcia, P.A.
Attorney for Debtor(s)
9555 N. Kendall Drive Suite 211
Miami, FL 33176
305-274-2922

/s/ Jose P. Funcia
Jose P. Funcia, Esq.
Florida Bar Number: 0698210