UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

CHRISTOPHER NIMETH  ,                    CASE NO.: 21-16573-LMI
                                          CHAPTER 13
    Debtor(s).
_____/

**JOINT MOTION TO ALLOW LATE FILED CLAIM #9**
*Subject Property: 8431 SW 27th Lane, Miami, Florida 33155*

Creditor, 722 Leveling Up, LLC (the "Creditor"), by and through its undersigned counsel, hereby moves this Court for entry of an Order allowing its late filed Proof of Claim #9 ("Claim") and, in support thereof, states as follows:

1.    **Summary of Motion:** Creditor seeks authorization to file a Proof of Claim in the instant case in which the claims deadline had passed but Debtor is seeking to have a review of the loan which is secured by Creditor's Claim. Creditor's counsel has reached out to the Debtor and they have indicated no opposition to the filing of Creditor's claim.

2.    **Summary of Facts**: The Debtor filed this voluntary Chapter 13 proceeding on July 1, 2021. The Creditor is a secured creditor through the Note and Mortgage executed on May 11, 2007 in the amount of $293,900.00 which merged into a Final Judgment of foreclosure on July 25, 2018.  The Creditor holds a security interest in the subject property located at *8431 SW 27th Lane, Miami, Florida 33155* ("Property"), more fully described as:

> **LOT 14, BLOCK 31, CORAL WAY VILLAGE SECTION AP ART FIVE, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 65, PAGE 17, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3.    On October 26, 2021, Creditor filed a Proof of Claim docketed in the Claims Register as Claim #9.

4.    Therefore, Creditor seeks authorization to have its claim admitted as provided by

the Proof of Claim in the instant case.

5. Creditor will be severely prejudiced if it is not allowed to file Claim evidencing the accurate debt owed to it by the Debtor as Debtor is seeking to modify the subject loan which is secured by Creditor's Claim. The prejudice to Creditor will greatly outweigh any prejudice to any other creditor as well.

6. A copy of the Proof of Claim is attached hereto and made a part hereof as **Exhibit "A."**

**WHEREFORE,** Creditor respectfully requests that this Court enter an Order granting this Motion, allowing Creditor to file its Proof of Claim #9 as Debtor has not indicated any opposition to the claim being filed, and for such other and further relief as this Court deems just and proper.

| | |
|---|---|
| /s/ Ida A. Moghimi-Kian | /s/ Jose P. Funcia |
| Diaz Anselmo & Associates, P.A. | Jose P. Funcia, Esq. |
| Florida Bar No.56395 | Florida Bar No. 698210 |
| Attorney for Creditor | Attorney for Debtor |
| PO BOX 19519 | 9555 N Kendall Dr. #211 |
| Fort Lauderdale, Fl 33318 | Miami, Fl 33176 |
| IMoghimi-Kian@dallegal.com | millerfunciaecf2@gmail.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, November 2, 2021, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

CHRISTOPHER NIMETH
8431 SW 27 LANE
MIAMI, FL 33155
*Debtor(s)*

JOSE P FUNCIA
9555 N KENDALL DR. #211
MIAMI, FL 33176
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 3001-3180717)**
    PO BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252

    By:  /s/ Ida A. Moghimi-Kian
        Ida A. Moghimi-Kian
        Florida Bar No.56395
        IMoghimi-Kian@dallegal.com