UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

CHRISTOPHER NIMETH  ,                    CASE NO.: 21-16573-LMI
                                         CHAPTER 13
    Debtor(s).
_____/

**CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
*Subject Property: 8431 SW 27th Lane, Miami, FL 33155*

Creditor, 722 Leveling Up, LLC ("Creditor"), through its undersigned counsel and pursuant to 11 U.S.C. § 1325, hereby objects to confirmation of the Debtor's, Christopher Nimeth ("Debtor"), Chapter 13 Plan [D.E. 33], and in support thereof, states:

1.  **Summary of Objection**:  The Debtor's Chapter 13 Plan fails to comply with the requirements imposed by the Bankruptcy Code as it does not adequately protect the Creditor's secured interest in the subject property and conform to the Final Judgment of Foreclosure in which Debtor was named as a party by virtue of being an heir to the estate of the Deceased obligor's property located at 8430 SW 27th Lane, Miami, Florida 33155.

2.  **Summary of Facts**: The Debtor filed this voluntary Chapter 13 proceeding on July 1, 2021.  The Creditor is a secured creditor, holding a security interest in the subject property located at 8431 SW 27th Lane, Miami, FL 33155 (the "Property").

3.  **The Plan Fails to Conform to the Creditor's Business Records** : The Plan provides for MMM payments to Creditor in the amount of $1,188.81 in months 1 through 5 of the Plan and thereafter $1,800.00 in months 6-60 of the Plan. Creditor filed Proof of Claim #9 evidencing its lien on the Property, with a total debt total amount due of $781,253.54 based upon a Final Judgment of Foreclosure in which the original obligor under the Note and Mortgage is

deceased and Debtor was a party named in the action as an heir to the estate.

Creditor objects to any plan that fails to either pay Creditor pursuant to its Proof of Claim (as provided above), surrenders the Property, or pays Creditor directly outside the Plan as there is a question of feasibility as the Claim is a total debt claim requiring the claim to be paid in full during the pendency of the plan (i.e. 60 months).

4.  **The Mortgage Modification Mediation ("MMM") Proposed Adequate Protection Payments**: The Plan proposes MMM payments in the amount of $1,188.81. The Creditor objects to the confirmation based on a hypothetical modification, as the Creditor is entitled to receive the agreed to contractual monthly payments contained in the Note.

**WHEREFORE**, Creditor, 722 Leveling Up, LLC, respectfully requests this Court to deny the confirmation of the Debtor's Chapter 13 Plan, require the Debtor(s) to conform the Plan to the Creditors records and for any such further relief this Court deems proper and just.

Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor (SHD No. 3001-3180717)**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By:  /s/ Ida A. Moghimi-Kian
     Ida A. Moghimi-Kian
     Florida Bar No.56395
     IMoghimi-Kian@dallegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day November 2, 2021, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

CHRISTOPHER NIMETH
8431 SW 27 LANE
MIAMI, FL 33155
*Debtor(s)*

JOSE P FUNCIA
9555 N KENDALL DR. #211
MIAMI, FL 33176
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 3001-3180717)**
    PO BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252

    By:  /s/ Ida A. Moghimi-Kian
        Ida A. Moghimi-Kian
        Florida Bar No.56395
        IMoghimi-Kian@dallegal.com