Certificate Number: 00927-FLS-DE-036134882

Bankruptcy Case Number: 21-16573



00927-FLS-DE-036134882

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2021, at 1:08 o'clock PM EST, CHRISTOPHER NIMETH completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   November 12, 2021          By:   /s/OLIVIA MARTINEZ

                                   Name: OLIVIA MARTINEZ

                                   Title: Certified Credit Counselor