

**ORDERED in the Southern District of Florida on December 8, 2021.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CHRISTOPHER NIMETH
    Debtor

_____/

PROCEEDINGS UNDER CHAPTER 13
CASE No. 21-16573-BKC-LMI

**ORDER SUSTAINING OBJECTION TO CLAIM No. 3
FILED BY LVNV FUNDING, LLC (ECF #37).**

THIS CAUSE came to be heard on the December 1, 2021 consent calendar without opposition on the Debtors Objection to the claim of LVNV Funding, LLC, Claim No. 3 (ECF #37), and based on the record, it is ORDERED:

1. The Debtors' Objection to Claim No. 3 filed by LVNV Funding, LLC is Sustained.
2. The claim is stricken and disallowed.

###

Submitted by:
Jose P. Funcia, Esq.
Miller & Funcia, P.A.
9555 N. Kendall Drive, Suite 211
Miami, Florida 33176
Phone: 305-274-2922

Jose P. Funcia, Esq. is directed to mail a conformed copy of this Order to all interested parties and to file a Certificate of Service.