

ORDERED in the Southern District of Florida on December 17, 2021.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

CHRISTOPHER NIMETH ,                      CASE NO.: 21-16573-LMI
                                          CHAPTER 13

    Debtor(s).

_____/

**ORDER GRANTING CREDITOR'S JOINT MOTION TO ALLOW LATE FILED CLAIM #9**

*Subject Property: 8431 SW 27th Lane, Miami, Florida 33155*

This case before on the court upon Creditor's Joint Motion to Allow Late Filed Claim #9 [D.E. 40], the Court having considered the Motion, and having been otherwise fully advised, it is

**ORDERED:**

1. Creditor's Joint Motion to Allow Late Filed Claim #9 (Claim No. 40) is **GRANTED**.

###

Submitted by:

Ida A. Moghimi-Kian
Diaz Anselmo & Associates, P.A.
PO BOX 19519
Fort Lauderdale, FL 33318
*Attorneys for Creditor*

*Attorney for Creditor, Ida A. Moghimi-Kian, is directed to serve copies of this order on the parties listed and file a certificate of service.*

Copies furnished to:

CHRISTOPHER NIMETH
8431 SW 27 LANE
MIAMI, FL 33155
*Debtor(s)*

JOSE P FUNCIA
9555 N KENDALL DR. #211
MIAMI, FL 33176
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

                                            Diaz Anselmo & Associates, P.A.
                                            **Attorneys for Creditor (SHD No. 3001-3180717)**
                                            PO BOX 19519
                                            Fort Lauderdale, FL 33318
                                            Phone: (954) 564-0071
                                            Fax:  (954) 564-9252

                                            By:  /s/ Ida A. Moghimi-Kian
                                                 Ida A. Moghimi-Kian
                                                 Florida Bar No.56395
                                                 IMoghimi-Kian@dallegal.com