UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

CHRISTOPHER NIMETH ,        CASE NO.: 21-16573-LMI
                            CHAPTER 13

    Debtor(s).

_____/

**CERTIFICATE OF SERVICE**
*Subject property: 8431 SW 27th Lane, Miami, FL 33155*

    **I HEREBY CERTIFY** that a true and correct copy of the Order Granting Motion To Allow Late-Filed Claim #9 [D.E. 52] has been furnished by electronic or U.S. mail on December 27, 2021 to the following parties:

CHRISTOPHER NIMETH
8431 SW 27 LANE
MIAMI, FL 33155
*Debtor(s)*

JOSE P FUNCIA
9555 N KENDALL DR. #211
MIAMI, FL 33176
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor**
    P.O. BOX 19519
    Fort Lauderdale, FL  33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252
    E-mail: IMoghimi-Kian@dallegal.com

    By: /s/Ida A. Moghimi-Kian
       Ida A. Moghimi-Kian
       Florida Bar No.56395