**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                    Case No: 21-16573-BKC-LMI
                                                                           Chapter 13

CHRISTOPHER NIMETH

_____Debtor_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐   No further action is necessary.

2) The following actions have been taken:

   ☒   The debtor has filed an objection to the proof of claim filed by

   - LVNV Funding, LLC [# 3]

   ☒   The debtor has filed an 3rd amended plan to provide for the proof of claim filed by CCH FL 2LLC (POC #5).

   ☐   Other: _____
       _____
       _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on 1/17/2022.

Respectfully submitted,
_____/s/_____
Jose P. Funcia, Esq.
FBN 0698210
Miller & Funcia, P.A.
9555 N. Kendall Dr. Ste 211
Miami, FL 33176
Phone: 305-274-2922
Email: millerandfunciapa@gmail.com

LF-76 (rev. 12/01/09)