**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA** www.flsb.uscourts.gov

In re:                                                                                    Case No. 21-16573-BKC-LMI
                                                                                          Chapter 13
CHRISTOPHER NIMETH

　　　　　　Debtor　　　/

CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

　　　　I certify that true copies of ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO.: 3 ON SHORTENED NOTICE FILED BY LVNV FUNDING, LLC was served electronically on December 9, 2021 as follows:

*Electronically*

*Jose P Funcia on behalf of Debtor Christopher Nimeth*
*millerfunciaecf2@gmail.com,, millerandfunciapa@ecf.inforuptcy.com*

*Ida Moghimi Kian on behalf of Creditor 722 Leveling Up, LLC*
*southerndistrict@shdlegalgroup.com*

*Nancy K. Neidich*
*e2c8f01@ch13miami.com, ecf2@ch13miami.com*

*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*

Via First Class Mail on April 18, 2022

Resurgent Capital Services
P. O. Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
C/O Corporation Service Company, Registered Agent
1201 Hayes Street
Tallahassee, FL 32301

　　　　　　　　　　　　　　　　　　　Law Offices of
　　　　　　　　　　　　　　　　　　　Miller & Funcia, P.A.
　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　13190 SW 134 Street Ste 105
　　　　　　　　　　　　　　　　　　　Miami, FL 33186
　　　　　　　　　　　　　　　　　　　305-274-2922

　　　　　　　　　　　　　　　　　　　/s/ Jose P. Funcia
　　　　　　　　　　　　　　　　　　　Jose P. Funcia, Esq.
　　　　　　　　　　　　　　　　　　　Florida Bar Number: 0698210